**Rahjah JAHHAR, Appellant,**

v.

**AT & T COMMUNICATIONS, INC., Appellee.**

No. 03–2656.

United States Court of Appeals, Eighth Circuit.

Submitted Dec. 3, 2003.

Decided Dec. 9, 2003.

Rahjah Jahhar, pro se, Minneapolis, MN, for Plaintiff–Appellant.

R. Scott Davies, Tamika R. Nordstrom, Briggs & Morgan, Minneapolis, MN, for Defendant–Appellee.

Before BYE, BOWMAN, and MELLOY, Circuit Judges.

[UNPUBLISHED]

PER CURIAM.

Rahjah Jahhar appeals the district court's[1] Federal Rule of Civil Procedure 12(b)(6) dismissal of his 42 U.S.C. § 1983 action. After careful review of the record, *see Gordon v. Hansen*, 168 F.3d 1109, 1113 (8th Cir.1999) (per curiam) (de novo standard of review), we agree that Jahhar failed to state a claim because he did not allege any state action, *see Youngblood v. Hy–Vee Food Stores, Inc.*, 266 F.3d 851, 855 (8th Cir.2001) ("Only state actors can be held liable under Section 1983."), *cert. denied*, 535 U.S. 1017, 122 S.Ct. 1606, 152

1. The Honorable Michael J. Davis, United States District Judge for the District of Minnesota.

L.Ed.2d 621 (2002). Accordingly, we affirm. *See* 8th Cir. R. 47B.